

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-14-00263-CV

Griselda **ORTIZ**,
Appellant

v.

Carlos **GUERRERO**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Both the clerk's record and the reporter's record are due on May 30, 2014. On May 19, 2014, the trial court clerk filed a Notification of Late Record, stating that appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than May 30, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court